# United States Bankruptcy Court
# District of Puerto Rico

IN RE: **MARRERO VAZQUEZ, RUBEN & VALCARCEL CERVERA, MADELINE J**
Debtor(s)

Case No. _____

Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/17/2010**     ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **930.00** x **58** = $ **53,940.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **53,940.00**

Additional Payments:
$ **150,000.00** to be paid as a LUMP SUM within **25 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**COME FROM SALE OF SECONDARY PROPERTY**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **203,940.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ RUBEN MARRERO VAZQUEZ**
Debtor

**/s/ MADELINE J VALCARCEL CERVERA**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**   Cr. ___   Cr. ___
# **0070012568**   # ___   # ___
$ **21,633.99**   $ ___   $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___
5. ☐ Other: ___
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D     DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: ___
     ☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**ATTYS FEES TO BE PAID FIRST.
DEBTOR'S TO BE PAID 100% + 6% LEGAL INTEREST.
ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASED, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUNDS.**

Attorney for Debtor **EMG Despacho Legal, CRL** ___  Phone: **(787) 753-0055**

CHAPTER 13 PAYMENT PLAN

IN RE **MARRERO VAZQUEZ, RUBEN & VALCARCEL CERVERA, MADELINE J**  Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **ESTHER CALO** | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only