STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
RUBEN MARRERO VAZQUEZ
MADELINE J VALCARCEL CERVERA     Chapter 13

Case No. 10-08623-ESL
Attorney Name: EDGARDO MANGUAL GONZALEZ *

### I. Appearances
- Debtor [✓] Present [ ] Absent
- Joint Debtor [✓] Present [ ] Absent
- Attorney for Debtor [✓] Present [ ] Absent
- [ ] Pro-se
- [ ] Substitute _____

Date: October 20, 2010
Time: 11:57 AM   Track: 012
[✓] This is debtor(s) _1_ Bankruptcy filing.
Liquidation Value: $122,552
Creditors: R. Herren - BPPR

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided
- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
  - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate
- [ ] DSO Recipient's information — 2006-DSC-208 (Unemployed)
- [✓] State Tax Returns 07-09  [✓] Returned
- [✓] Federal Tax Returns 07-09  [✓] Returned
- [ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation
[✓] FAVORABLE
[ ] UNFAVORABLE

- [ ] Feasibility
- [ ] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)

- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
  - [ ] State - years ___
  - [ ] Federal - years ___

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
  - [ ] Missing  [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
  - [ ] Incomplete  [ ] Missing
  - [ ] Fails commitment period  [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
  - [ ] Missing  [ ] More than 180 days
  - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RUBEN MARRERO VAZQUEZ  Case No. 10-08623-ESL

MADELINE J VALCARCEL CERVERA  Chapter 13  Attorney Name: EDGARDO MANGUAL GONZALEZ *

**VI. Plan** (Cont.)

Date: <u>September, 17, 2010</u> Base $ <u>203,940.00</u> [X] Filed  Evidence of Pmt shown: _____

Payments <u>1</u> made out of <u>1</u> due.  [ ] Not Filed

**VII. Confirmation Hearing Date:** November, 17, 2010

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $ 200.00 = $ 2,800.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

_____

Trustee/Presiding Officer

Date: October 20, 2010

(Rev.